DONALD P. BOWMAN, *Appellant*, v. BLAKE R. PARRY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-02562-8, Dean Scott Lum, J., entered April 25, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Schindler, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02606-7, George T. Mattson, J., entered August 26, 2003. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Schindler, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. HRIBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01778-5, Brian D. Gain, J., entered July 8, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.